Gesund Law Offices, LLC
Keren E. Gesund, Esq.
California Bar No. 253242
1533 Sun Copper Dr.
Las Vegas, NV, 89117
Tel: (702) 300-1180
gesundk@gesundlawoffices.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL RAE TROTTIER, an individual, | Case No.: 5:14-cv-00987-PSG |
| Plaintiff, | |
| vs. | **NOTICE OF PENDING SETTLEMENT** |
| PERFORMANT RECOVERY, INC. a California corporation, | |
| Defendant | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Notice is hereby given that Plaintiff CRYSTAL RAE TROTTIER and Defendant PERFORMANT RECOVERY, INC. have reached a settlement and are in the process of drafting and executing documents to that effect.

///

///

1

NOTICE OF PENDING SETTLEMENT

The parties anticipate that a request for dismissal of Defendant PERFORMANT RECOVERY, INC. will be filed within the next sixty (60) days.

DATED this 6th day of May 2014.

/s/ Keren E. Gesund, Esq.
KEREN E. GESUND
California Bar No. 253242
1533 Sun Copper Dr.
Las Vegas, NV, 89117
Tel: (702) 300-1180
gesundk@gesundlawoffices.com
Attorney for Plaintiff

NOTICE OF PENDING SETTLEMENT